IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALDRIE QUINTAS, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | No. 3:26-CV-0064-X-BT |
| | § | |
| WARDEN OF PRAIRIELAND | § | |
| DETENTION CENTER, | § | |
| | § | |
| *Respondent.* | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 9). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, Petitioner's habeas action will be **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED** this 15th day of July, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE